# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| DERRICK BARNES, | : | |
| --- | --- | --- |
| Plaintiff | : | |
| | : | No. 1:16-CV-00500 |
| vs. | : | |
| | : | (Judge Rambo) |
| SYLVIA MORRIS, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 9th day of January, 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Plaintiff's Bill of Costs (Doc. No. 41), is **DENIED**.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge